# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ALBERT M. VIRSNIEKS ,

      Petitioner,

  v.

WISCONSIN DEPART. OF HEALTH AND FAMILY SERVICES, SANDRIDGE SECURE TREATMENT CENTER and JOHN AND JANES DOE[S], Numbered 1 to 100, Employees of the State of Wisconsin whose names are currently unknown,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-313-bbc

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**


THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____7/3/08_____
Date